IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re: Emma Austin

Debtor(s)

Chapter 13
Case No. 19-10253

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than ____% of the total allowed unsecured claims.
Debtor's(s') plan is amended to:

☒ Raise payments/extend plan as follows: _____ $1335.00/month

☐ Change valuation(s) as follows: _____

☒ Allow/Modify/Disallow claims as follows: First Investors Servicing Corp's claim shall be allowed as filed and treated as fully secured at 7% w/ MMP of $285, First Investors shall retain all lien rights as provided by law.

☒ Other: Bayview Loan - (Claim 17.0) fully secured w/ 6.0%, 700 MMP. Secured by 1932 Martin Luther King, Aug GA. 30501

Trustee is authorized to issue a salary deduction order if the debtor becomes delinquent in her payments by more than 30 days.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This day of November 18, 2019

If applicable:

_____
Debtor

_____
Debtor

_____
Debtor's(s') Counsel
Kathryn A. Bow
425482

Chapter 13 Trustee/Attorney for Frederick L. Carpenter
Huon Le, Jane Miller

Attorney for Chapter 13 Trustee Huon Le
GA. Bar No. 341438

Creditor's Counsel  Nathan Huff for First Investors

Creditor's Counsel  Bayview

Creditor's Counsel

Revised 12/1/2017                    Form 2017-4-A